1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JUANITA PATRICIA LOPES, an individual,<br><br>           Plaintiff,<br><br>   v.<br><br>TARGET CORPORATION, a Minnesota corporation, JOE FRANCO, an individual, and DOES 1 through 30, inclusive,<br><br>           Defendants. | Case No. 2:24-cv-01888-TLN-CSK<br><br>[Sacramento Superior Court Case No. 24CV011177]<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>Trial Date:      None Set<br>Complaint Filed:  June 6, 2024<br>Action Removed:  July 9, 2024 |

**ORDER**

Having reviewed the Parties' Joint Motion to Modify the Initial Pretrial Scheduling Order, and finding good cause, the Court HEREBY ORDERS as follows:

1. Discovery is stayed until July 18, 2025 following the Parties' mediation; and

2. The current July 9, 2025 fact discovery cutoff deadline is vacated and continued to January 19, 2026. The new fact discovery cutoff deadline shall govern the remaining deadlines in accordance with the Court's Initial Pretrial Scheduling Order (ECF No. 5), including but not limited to disclosure of expert witnesses, supplemental discovery, dispositive motions, and Joint Notice of Trial Readiness.

IT IS SO ORDERED.

DATED: May 22, 2025

_____
Troy L. Nunley
Chief United States District Judge